UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OBDULIA CRUZ,

     Plaintiff,

  -against-

COMMISSIONER OF SOCIAL SECURITY,

     Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/9/2021_____

19 Civ. 9253 (AT) (BCM)

**ORDER**

ANALISA TORRES, District Judge:

  Having received no objections to the Report and Recommendation (the "R&R"), ECF No. 27, of the Honorable Barbara C. Moses, the Court reviewed the R&R for clear error, and found none. *Santiago v. Colvin*, No. 12 Civ. 7052, 2014 WL 1092967, at *1 (S.D.N.Y. Mar. 17, 2014).

  The Court, therefore, ADOPTS the R&R in its entirety. Accordingly, Plaintiff's motion for judgment on the pleadings is DENIED, Defendant's motion for judgment on the pleadings is GRANTED, and this matter is DISMISSED.

  The Clerk of Court is directed to terminate the motions at ECF Nos. 20 and 24, and to close the case.

  SO ORDERED.

Dated: September 9, 2021
   New York, New York

                  ANALISA TORRES
                  United States District Judge