UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
OBDULIA CRUZ,

                Plaintiff,                    19 **CIVIL** 9253 (AT) (BCM)

      -against-                    **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Order dated September 9, 2021, having received no objections to the Report and Recommendation (the "R&R"), ECF No. 27, of the Honorable Barbara C. Moses, the Court reviewed the R&R for clear error, and found none. The Court, therefore, ADOPTS the R&R in its entirety. Accordingly, Plaintiff's motion for judgment on the pleadings is DENIED, Defendant's motion for judgment on the pleadings is GRANTED, and this matter is DISMISSED; accordingly, the case is closed.

**Dated:**  New York, New York
        September 9, 2021

                                            **RUBY J. KRAJICK**
                                            **Clerk of Court**
                                 BY:
                                            **Deputy Clerk**